IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA BLUESTEIN, M.D.,

      Plaintiff,                                                JUDGMENT IN A CIVIL CASE

v.                                                                       Case No. 12-cv-322-bbc

CENTRAL WISCONSIN
ANESTHESIOLOGY, S.C.,

      Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Central Wisconsin Anesthesiology, S.C. granting

its motion for summary judgment and dismissing this case.

S/ Peter Oppeneer                                        11/14/2013
Peter Oppeneer, Clerk of Court                            Date