UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LINDA BLUESTEIN, M.D.,

      Plaintiff,

   v.                                     Case No. 12-CV-322

CENTRAL WISCONSIN                 Hon. Barbara B. Crabb, presiding
ANESTHESIOLOGY, S.C.

      Defendant.

---

## AMENDED NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff in the above named case, Linda Bluestein, M.D., by her counsel Heins & Minko LLC, by Attorneys Janet L. Heins, Richard A. Dahl, Erica N. Reib, and Michael J. Gentry, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 14, 2013, granting the Defendant's Motion for Summary Judgment and dismissing the case, and the subsequent Order of February 3, 2014, granting Defendant's Motion for Attorney Fees.

Dated this 4th day of February, 2014.

                                                          HEINS & MINKO LLC
                                                          Counsel for the Plaintiff

                                                          *s/ Janet L. Heins*
                                                          Janet L. Heins, State Bar No. 1000677

HEINS & MINKO LLC
1001 West Glen Oaks Lane, Suite 101
Mequon, WI  53092
(262) 241-8444 voice
(262) 241-8455 facsimile
e-mail: jheins@heinslawoffice.com