UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LINDA BLUESTEIN, M.D., Plaintiff-Appellant,

    v.

JANET L. HEINS, Cross-Appellant,

    v.                         Case No. 12-CV-322

CENTRAL WISCONSIN              Hon. Barbara B. Crabb, presiding
ANESTHESIOLOGY, S.C.,
Defendant-Appellee

---

## NOTICE OF APPEAL

---

      Notice is hereby given that counsel for the Plaintiff in the above named case, Attorney Janet L. Heins, hereby appeals personally to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on February 3, 2014, granting, *inter alia*, the Defendant-Appellee's Motion for attorney fees and sanctions against her by the district court and dismissing the case.

      Dated this 5th day of February, 2014.

                                                    HEINS & MINKO LLC
                                                  Counsel for the Plaintiff-Appellant and
                                                  Cross-Appellant

                                                 *s/ Janet L. Heins*
                                                 Janet L. Heins, State Bar No. 1000677

HEINS & MINKO LLC
1001 West Glen Oaks Lane, Suite 101
Mequon, WI  53092
(262) 241-8444 voice
(262) 241-8455 facsimile
e-mail: jheins@heinslawoffice.com